# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF TRANSFER OF CASE
## (INTER/INTRA DISTRICT TRANSFER)

**DEBTOR(S) INFORMATION:**
 Colony Lodging, Inc
**SSN:** N/A
**EIN:** 74−2921146

1011 1/2 North Beverly Drive
Beverly Hills, CA 90210−2328

**BANKRUPTCY NO.** 2:10−bk−55925−BB
**CHAPTER** 11

This case 10−60909−cag has been transferred to the Los Angeles division within our District and reassigned to Bankruptcy Judge Sheri Bluebond for all further proceedings.

The new case number is 2:10−bk−55925−BB .

**Please use the new case number for all future matters regarding this case.**

Dated: October 26, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 04/08) (ntco) VAN−84

**2 / OVI**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: oventuraC              Page 1 of 2                   Date Rcvd: Oct 26, 2010
Case: 10-55925                Form ID: ntc1                Total Noticed: 46
```

The following entities were noticed by first class mail on Oct 28, 2010.
```
db           Colony Lodging, Inc,    1011 1/2 North Beverly Drive,    Beverly Hills, CA  90210-2328
aty          Ronald E Pearson,    2109 Bird Creek Terrace,    Temple, TX  76502-1083
smg          Employment Development Dept.,    Bankruptcy Group MIC 92E,     P.O. Box 826880,
              Sacramento, CA  94280-0001
smg          Franchise Tax Board,    ATTN: Bankruptcy,     P.O. Box 2952,    Sacramento, CA  95812-2952
smg         +L.A. County Tax Collector,    Bankruptcy Unit,    2615 S. Grand,    Los Angeles, CA 90007-2608
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
smg         +Securities & Exchange Commission,    5670 Wilshire Avenue., 11th Floor,
              Los Angeles, CA 90036-5627
27769594     A+ Glass and Mirror,    908 Harvey Mitchell Pkwy,    College Station, TX 77840
27769596    +AMSI-INFORM Global Solutions,    PO Box 1450 NW 5421,    Minneapolis, MN 55485-1450
27769597    +AT&T,    PO Box 6463,    Carol Stream, IL 60197-6463
27769599     ATMOS ENERGY CORPORATION,    ATTN: BANKRUPTCY GROUP,    PO BOX 650205,    DALLAS TX 75265-0205
27769595    +Advanced Carpet Cleaning,    PO Box 10300,    College Station, TX 77842-0300
27769598     Atmos Energy,    PO Box 790311,    St Louis, MO 63179-0311
27769600    +Back 2 New,    PO Box 4533,    Bryan, TX 77805-4533
27769601    +Brazos County Tax Assessor Collector,    300 E William J Bryan Pkwy,    Bryan, TX 77803-5336
27769602    +Bryan College Station Apt Assoc,    1808 Barak,    Bryan, TX 77802-3448
27769603    +Bryan-College Station Eagle,    PO Box 3000,    Bryan, TX 77805-3000
27769604    +College Station Utilities,    PO Box 10230,    College Station, TX 77842-0230
27769605    +County of Brazos,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
27769606    +Davis Fire Equipment,    1140 Finfeather Rd,    Bryan, TX 77803-3823
27769607    +Dowling Electric, Inc.,    PO Box 4409,    College Station, TX 77844-4409
27769608    +Grainger,    201 Freedom Dr,    Roanoke, TX 76262-3320
27769609    +H & A Plumbing,    4562 Rock Prairie Rd W,    College Station, TX 77845-5021
27769610    +HD Supply,    PO Box 509058,    San Diego, CA 92150-9058
27769613   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
27769611    +Illustratus,    8455 Lenexa Dr,    Lenexa, KS 66214-1550
27769612    +Integrity Refinishing, Inc.,    PO Box 38,    Coupland, TX 78615-0038
27769614    +Kings III of America,    751 Canyon Dr Ste 100,    Coppell, TX 75019-3857
27769615    +Leonard M Ross,    1009 N Beverly Drive,    Beverly Hills, CA 90210-2328
27769616    +Leonard M Ross Revocable Trust,    1011 1/2 N Beverly Dr,    Beverly Hills, CA 90210-2328
27769618    +Michael A. McConnell,    C. Josh Osborne,    Kelly Hart & Hallman LLP,
              201 Main Street, Suite 2500,    Fort Worth, TX 76102-3194
27769619    +Network Communications, Inc.,    PO Box 935080,    Atlanta, GA 31193-5000
27769620    +Pacific Mercantile Bancorp,    c/o Munsch Hart Kopf & Harr, PC,    Attn: Patty Tomasco,
              401 Congress Avenue, Suite 3050,    Austin, TX 78701-4506
27769621    +Pacific Merchantile Bank,    9720 Wilshire Blvd,    Beverly Hills, CA 90212-2021
27769622    +Propel Financial Services, L.L.C.,    c/o John Lane & Associates,    8526 N. New Braunfels,
              San Antonio, Texas 78217-6304
27769625    +Rossco Holdings, Inc.,    1011 1/2 N Beverly Dr,    Beverly Hills, CA 90210-2328
27769627    +Ruffino Lawn Maintenance,    PO Box 2603,    Bryan, TX 77805-2603
27769628    +Sherwin Williams,    3108 Texas Ave,    College Station, TX 77845-5050
27769629    +Sudden Link,    PO Box 660365,    Dallas, TX 75266-0365
27769630    +Swoboda Pest Control,    100 W. Brookside Dirve, Ste 9,    Bryan, TX 77801-3605
27769632    +US Attorney,    IRS,    601 NW Loop 410,    San Antonio, TX 78216-5510
27769633    +US Attorney General,    Dept of Justice,    950 Pennsylvania Ave NW,    Washington, DC 20530-0009
27769631    +United Roofing and Sheetmetal, Inc.,    PO Box 4424,    Bryan, TX 77805-4424
```
The following entities were noticed by electronic transmission on Oct 27, 2010.
```
27769617      E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2010 03:17:39     Lowe’s,    PO Box 530954,
               Atlanta, GA 30353-0954
27769623     +E-mail/Text: kyoung@propelfinancialservices.com
               Propel Financial Services, LLC,    PO Box 100350,    San Antonio, TX 78201-1650
27769624      E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2010 03:17:39
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 3
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    P O Box 21126,
              Philadelphia, PA  19114-0325)
27769626*   +Rossco Holdings, Inc.,    1011 1/2 N Beverly Drive,    Beverly Hills, CA 90210-2328
                                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0973-2          User: oventuraC           Page 2 of 2              Date Rcvd: Oct 26, 2010
Case: 10-55925                Form ID: ntc1             Total Noticed: 46

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2010**                           **Signature:** *Joseph Speetjens*