B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:  **Colony Lodging, Inc.**

Case No.  <u>**02:10-Bk-55925-VZ**</u>
(if known)

### *AMENDED*
## STATEMENT OF FINANCIAL AFFAIRS

**FILED**

**NOV 03 2010**

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $592,074.00 | Rent (1/1/10 - 7/27/10) |
| $1,157,674.00 | Rent (12/31/2008) |
| $1,354,844.00 | Rent (12/31/09) |

---

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| WM Properties, Ltd., Affiliate | 6/8/10 | $6,000.00 | |

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:   Colony Lodging, Inc.

Case No.   02:10-Bk-55925-VZ
(if known)

## AMENDED
# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 1

---

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Pacific Mercantile Bank v. Rossco Holdings, Inc., Colony Lodging, Inc., and Lodgeco Properties, Ltd., Case No. 10-001870-cv-85 | Suit on Contract | 85th Judicial District Court 300 E 26th Street Bryan, Texas 803 | Pending |
| Pacific Mercantile Bank v Rossco Holdings, Inc., et al Case No. 73-148-Y0002550-10-GLO | Arbitration | American Arbitration Association | Pending |

---

None ☑  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 5. Repossessions, foreclosures and returns

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 6. Assignments and receiverships

None ☑  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 7. Gifts

None ☑  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 8. Losses

None ☑  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:   Colony Lodging, Inc.

Case No.   **02:10-Bk-55925-VZ**
(if known)

*AMENDED*
**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 2*

---

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Pearson & Pearson 2109 Bird Creek Terrace Temple, Texas 76502-1083 | Paid by Rossco Holding 7/23/2010 | 12,000.00 retainer for representation of 6 debtor entities |

---

### 10. Other transfers

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Various Tenants | Security Deposits | 28, 257.00 |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:   Colony Lodging, Inc.

Case No.   02:10-Bk-55925-VZ
                           (if known)

*AMENDED*
# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**15. Prior address of debtor**

None
☑ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None
☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None
☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None
☑ a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:  **Colony Lodging, Inc.**                    Case No.  **02:10-Bk-55925-VZ**
                                                              (if known)

### AMENDED
## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☐  a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| BCSK Management c/o Linda Birchfield 410 S. Texas  Avenue College Station, Texas  77840 | July 2008 to date |
| Bonnie Fritz Colony Lodging 1101 SW Parkway College Station, Texas  77840 | July 2008 to date |
| Casey Oldham Oldham Goodwin Group, LLC 809 University Drive E, Ste 101A College Station, Texas  77840 | July 2008 to December 2009 |
| Eddie Agravante PO Box 10539 Beverly Hills, CA  90213 | July 2008 |
| Hyatt Gidlow & Co, CPA 24325 Main Street, #204 Newhall, CA 91321 | July 2008 to date |

---

None
☐  b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Oldham Goodwin Group, LLC 809 University Drive East Ste 101A College Station, Texas  77840 | December 2009 |

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:   Colony Lodging, Inc.

Case No.   __02:10-Bk-55925-VZ__
(if known)

*AMENDED*
# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Bonnie Fritz | Colony Lodging Inc.<br>1101 SW Parkway<br>College Station, Texas 77840 |
| M3 Accounting Services, Inc. | 800B Jesse Jewell Parkway SW<br>Gainesville, GA 30501 |

---

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Intercapital Resources<br>70 West 40th Street, 4th Florr<br>New York, NY 10018 | |

---

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Brandon Wolsic<br>1011 1/2 N Beverly Drive<br>Beverly Hills, CA 90210 | Vice President | None |
| Leonard M. Ross<br>1009 N. Beverly Drive<br>Beverly Hills, CA 90210 | President | None directly |

---

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re:  Colony Lodging, Inc.                                    Case No.   02:10-Bk-55925-VZ
                                                                                    (if known)

*AMENDED*
**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 6*

### 23. Withdrawals from a partnership or distributions by a corporation

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| WM Properties, Ltd., Affiliate | 6/8/10 | 6,000.00 |
| Leonard Ross | 5/04/10 | 19,500.00 |
| Leonard Ross | 6/30/10 | 3,000.00 |
| Rossco Holdings | 2/05/10 | 2,000.00 |
| Rossco Holdings | 3/16/10 | 600.00 |
| Rossco Holdings | 2/8/10 | 30,000.00 |
| Rossco Holdings | 2/25/10 | 7,000.00 |
| Rossco Holdings | 3/4/10 | 12,600.00 |
| Rossco Holdings | 3/10/10 | 35,000.00 |
| Rossco Holdings | 3/16/10 | 3,000.00 |
| Rossco Holdings | 3/25/10 | 1,400.00 |
| Rossco Holdings | 4/08/10 | 2,000.00 |
| Rossco Holdings | 5/13/10 | 10,000.00 |
| Rossco Holdings | 5/26/10 | 9,000.00 |
| Rossco Holdings | 6/1/10 | 5,000.00 |
| Rossco Holdings | 6/1/10 | 5,000.00 |
| Rossco Holdings | 6/4/10 | 8,000.00 |
| Rossco Holdings | 6/10/10 | 6,500.00 |
| Rossco Holdings | 6/10/10 | 100.00 |
| Rossco Holdings | 6/29/10 | 4,500.00 |
| Rossco Holdings | 6/29/10 | 4,000.00 |
| Rossco Holdings | 6/29/10 | 2,000.00 |
| Rossco Holdings | 6/30/10 | 3,100.00 |

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re:   Colony Lodging, Inc.

Case No.   02:10-Bk-55925-VZ
(if known)

*AMENDED*
## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

| | | |
|---|---|---|
| Rossco Holdings | 6/30/10 | 600.00 |
| Rossco Holdings | 6/30/10 | 1,500.00 |
| Rossco Holdings | 7/2/10 | 4,000.00 |
| Rossco Holdings | 7/06/10 | 7,500.00 |
| Rossco Holdings | 7/08/10 | 11,000.00 |
| Rossco Holdings | 7/9/10 | 3,000.00 |
| Rossco Holdings | 7/12/10 | 1,500.00 |
| Rossco Holdings | 7/13/10 | 2,500.00 |
| Rossco Holdings | 7/14/10 | 7,000.00 |
| Rossco Holdings | 7/14/10 | 1,000.00 |
| Rossco Holdings | 4/13/10 | 30,000.00 |
| Rossco Holdings | 5/04/10 | 3,500.00 |
| Rossco Holdings | 5/4/10 | 4,000.00 |
| Rossco Holdings | 4/13/10 | 25,000.00 |
| Rossco Holdings | 6/01/10 | 500.00 |
| Rossco Plaza | 6/23/10 | 2,000.00 |
| Rossco Plaza | 7/12/10 | 3,500.00 |
| Lodgeco | 1/4/10 | 10,000.00 |
| Lodgeco | 1/4/10 | 15,000.00 |
| Lodgeco | 6/28/10 | 2,200.00 |
| Lodgeco | 7/8/10 | 3,000.00 |
| LJR Properties, Ltd. | 7/8/10 | 2,500.00 |
| Various | 1/1/2010 - 7/27/2010 The information necessary to complete this question was not available to debtor until recently due to debtor's inability to access records from M3 Accounting Services, Inc., prior to July 28, 2010. | |

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re:  **Colony Lodging, Inc.**                                        Case No.  **02:10-Bk-55925-VZ**
                                                                                        (if known)

*AMENDED*
## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

---

**24. Tax Consolidation Group**

None ☐ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Rossco Holdings, Inc.** | **xx-xxx1985** |

**25. Pension Funds**

None ☑ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___11/03/70/0___                    Signature _____
                                                            Leonard M. Ross
                                                            *President*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re  Colony Lodging, Inc.                          Case No.    02:10-Bk-55925-VZ

                                                     Chapter      11

*AMENDED*
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $7,000,000.00 | | |
| B - Personal Property | Yes | 5 | $171,251.20 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $6,294,152.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $9,300.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $83,280.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 8 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 23 | $7,171,251.20 | $6,386,733.19 | |

B6A (Official Form 6A) (12/07)

In re  **Colony Lodging, Inc.**                                          Case No.   **02:10-Bk-55925-VZ**
                                                                                    (if known)

*AMENDED*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 200 Unit Apartment Complex 1101 S.W. Parkway College Station, TX 77840 | Fee Owner | | $7,000,000.00 | $6,294,152.00 |
| | | Total: | **$7,000,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Colony Lodging, Inc.**                                           Case No.  **02:10-Bk-55925-VZ**
                                                                                        (if known)

*AMENDED*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Pacific Mercantile Bank<br>9720 Wilshire Blvd.<br>Beverly Hills, CA  90212<br><br>Chase Bank<br>2000 Texas Avenue<br>College Station, Tx  77840<br>(Operating and Manager's account)<br><br>City National Bank<br>400 Roxbury Drive<br>Beverly Hills, CA  90210 | $19.67<br><br><br>$1,191.03<br><br><br><br>$33.50 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |

B6B-(Official Form 6B) (12/07) – Cont.

In re  **Colony Lodging, Inc.**                                          Case No.   **02:10-Bk-55925-VZ**
                                                                                                       (if known)

*AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Various Tenants | | $140,007 00 |

B6B·(Official Form 6B) (12/07) -- Cont.

In re  **Colony Lodging, Inc.**                                          Case No.   **02:10-Bk-55925-VZ**
                                                                                        (if known)

*AMENDED*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Colony Lodging, Inc.**                                                  Case No.   **02:10-Bk-55925-VZ**
                                                                                                (if known)

### *AMENDED*
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Apartment office equipment and furnishings | $10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Pool equipment, Maitenance Equipment, Lawn Equipment, etc. | $20,000.00 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  **Colony Lodging, Inc.**                                          Case No.    **02:10-Bk-55925-VZ**
                                                                                              (if known)

### AMENDED
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | _____4_____ continuation sheets attached     **Total >** | | **$171,251.20** |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Colony Lodging, Inc.**                                            Case No.   **02:10-Bk-55925-VZ**
                                                                                              (If known)

### *AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875.

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re **Colony Lodging, Inc.**                                          Case No.   **02:10-Bk-55925-VZ**
                                                                                        (if known)

## *AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br> **Pacific Mercantile Bank** <br> **9720 Wilshire Blvd.** <br> **Beverly Hills, CA  90212** | X | DATE INCURRED:   **12/31/09** <br> NATURE OF LIEN: <br> **Deed of Trust** <br> COLLATERAL: <br> **200 Unit Apartment Complex** <br> REMARKS: <br><br><br> VALUE:            **$7,170,007.00** | | | | **$6,164,153.00** | |
| ACCT #: xxxx2003 <br><br> **Propel Financial Services** <br> **PO Box 100350** <br> **San Antonio, Texas  78201** | | DATE INCURRED:   **4/01/2010** <br> NATURE OF LIEN: <br> **Second Lien** <br> COLLATERAL: <br> **200 Unit Apartment Complex** <br> REMARKS: <br><br><br> VALUE:            **$7,000,000.00** | | | | **$129,999.00** | |
| | | | | | | | |
| | | | | | | | |
| | | Subtotal (Total of this Page) > | | | | **$6,294,152.00** | $0.00 |
| | | Total (Use only on last page) > | | | | **$6,294,152.00** | $0.00 |

___ **No** ___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Colony Lodging, Inc.**                                         Case No.    **02:10-Bk-55925-VZ**
                                                                                          (If Known)

*AMENDED*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____continuation sheets attached

B6E·(Official Form 6E) (12/07) - Cont.

In re  **Colony Lodging, Inc.**                                  Case No.  **02:10-Bk-55925-VZ**
                                                                                (If Known)

*AMENDED*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxx6270<br><br>**Brazos County Tax Assessor Collector**<br>**300 E William J Bryan Parkway**<br>**Bryan, Tx  77803** | | DATE INCURRED:   **1/31/10**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**2009 Ad Valorem taxes** | | | | $3,283.00 | $3,283.00 | $0.00 |
| ACCT #: xx-xxx1146<br><br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelpia, PA 19114**<br>**US Attorney--IRS**<br>**601 NW Loop 410** | | DATE INCURRED:   **6/30/2010**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**2nd Quarter Payroll Taxes** | | | | $5,032.00 | $5,032.00 | $0.00 |
| ACCT #: xx-xxx1146<br><br>**Texas Workforce Commission**<br>**101 E 15th Street #252**<br>**Austin, Texas  78701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $985.34 | $985.34 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $9,300.34 | $9,300.34 | $0.00 |

| | | |
|---|---|---|
| Total > | $9,300.34 | | |

(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| | | |
|---|---|---|
| Totals > | | $9,300.34 | $0.00 |

(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6F·(Official Form 6F) (12/07)
In re   **Colony Lodging, Inc.**                                    Case No.   **02:10-Bk-55925-VZ**
                                                                                    (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**A+ Glass and Mirror**<br>**908 Harvey Mitchell Pkwy**<br>**College Station, Texas  77840** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $58.00 |
| ACCT #:<br>**Advanced Carpet Cleaning**<br>**PO Box 10300**<br>**College Station, TX  77842** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $876.83 |
| ACCT #:<br>**Aggieland Apartment Finders**<br>**123 Walton Drive**<br>**College Station, Texas  77840** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $315.00 |
| ACCT #:<br>**Associated Publishing Co.**<br>**61 John Muir**<br>**Amherst, NY  14228** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $12.48 |
| ACCT #:<br>**AT&T**<br>**Po Box 6463**<br>**Carol Stream, IL  60197** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $51.35 |
| ACCT #:<br>**Atmos Energy**<br>**PO Box 790311**<br>**St. Louis, MO  63179-0311** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $304.69 |

Subtotal >   $1,613.35

Total >
(Use only on last page of the completed Schedule F.)

___4___ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Colony Lodging, Inc.**                                    Case No. **02:10-Bk-55925-VZ**
                                                                                   (if known)

### *AMENDED*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Back 2 New** <br> **PO Box 4533** <br> **Bryan, TX 77802-4533** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $470.00 |
| ACCT #: <br> **BCS Chamber of Commerce** <br> **PO Box 3579** <br> **Bryan, Texas 77805** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $325 00 |
| ACCT #: <br> **Bryan College Station Apt Assoc** <br> **1808 Barak** <br> **Bryan, TX 77802** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Bryan College Station Eagle** <br> **PO Box 3000** <br> **Bryan, TX 77805** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $648.80 |
| ACCT #: <br> **College Station Utilities** <br> **PO Box 10230** <br> **College Station, TX 78842-0230** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $35,094.46 |
| ACCT #: <br> **Davis Fire Equipment** <br> **1140 Finfeather Road** <br> **Bryan, TX 77803** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $44.92 |

Sheet no. ___1___ of ___4___ continuation sheets attached to                    Subtotal >    $36,58:).18
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                    Total >
                                          (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colony Lodging, Inc.**                                               Case No.   **02:10-Bk-55925-VZ**
                                                                                              (if known)

### *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Dowling Electric, Inc.**<br>**PO Box 4409**<br>**College Station, TX  77805** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,617 19** |
| ACCT #:<br>**Grainger**<br>**201 Freedom Drive**<br>**Roanoke, TX  76262** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$573 33** |
| ACCT #:<br>**Great American Business Products**<br>**6701 Concord Park Drive**<br>**Houston, Texas  770040-9802** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$479.55** |
| ACCT #:<br>**H&A Plumbing**<br>**4562 Rock Prairie Road W**<br>**College Station, TX  77845** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,353.17** |
| ACCT #:<br>**HD Supply**<br>**PO Box 509058**<br>**San Diego, CA  92105-9058** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$4,905.33** |
| ACCT #:<br>**Illustratus**<br>**8455 Lenexa Drive**<br>**Lenexa, KS  66214** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$322.00** |

Sheet no. ___2___ of ___4___ continuation sheets attached to          Subtotal >   | **$9,250.57** |
Schedule of Creditors Holding Unsecured Nonpriority Claims                    Total >
        (Use only on last page of the completed Schedule F.)
        (Report also on Summary of Schedules and, if applicable, on the
        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   Colony Lodging, Inc.

Case No.   **02:10-Bk-55925-VZ**
(if known)

### *AMENDED*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Integrity Refinishing, Inc.** <br> PO Box 38 <br> Coupland, TX 78615 | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $1,865.00 |
| ACCT #: <br> **Kings III of America** <br> 751 Canyon Drive, Ste 100 <br> Coppell, TX 75019 | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $181.36 |
| ACCT #: <br> **Lowe's** <br> PO Box 530954 <br> Atlanta, GA 30353-0954 | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $4,372.36 |
| ACCT #: <br> **Network Communications, Inc.** <br> PO Box 935080 <br> Atlanta, GA 31193 | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $672.00 |
| ACCT #: <br> **Ruffino Lawn Maintenance** <br> PO Box 2603 <br> Bryan, TX 77805 | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $1,266.53 |
| ACCT #: <br> **Sherwin Williams** <br> 3108 Texas Avenue <br> College Station, TX 77845 | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $763.95 |

Sheet no. ___3___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $9,122.20

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6P (Official Form 6F) (12/07) - Cont.

In re    **Colony Lodging, Inc.**    Case No.    **02:10-Bk-55925-VZ**
                                                    (if known)

### *AMENDED*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Sudden Link**<br>PO Box 660365<br>Dallas, Texas 75266 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $24,980 00 |
| ACCT #:<br>**Swoboda Pest Control**<br>100 W. Brookside Drive, Ste 9<br>Bryan, TX 77801 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,266.55 |
| ACCT #:<br>**United Roofing and Sheetmetal, Inc.**<br>PO Box 4424<br>Bryan, Texas 77805 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $460.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ___4___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $26,706.55

Total > $83,280.85

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Colony Lodging, Inc.**                                   Case No. __02:10-Bk-55925-VZ__
                                                                        (if known)

### *AMENDED*
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Various Tenants** | See list attached |

| Name | Address | Lease Term | Lease Date | Rent |
|------|---------|-----------|-----------|------|
| Maricela Murrilo | 1101 Southwest Parkway #101 | 12 Months | 7/23/2009 | $ 525.00 |
| Desirae Mock | 1101 Southwest Parkway #102 | 12 Months | 8/12/2009 | $ 525.00 |
| Naqurisha Green | 1101 Southwest Parkway #103 | 12 Months | 4/9/2010 | $ 540.00 |
| Joel Lucas | 1101 Southwest Parkway #105 | 12 Months | 7/1/2010 | $ 630.00 |
| Kathy Crawford | 1101 Southwest Parkway #106 | 12 Months | 3/24/2010 | $ 615.00 |
| Thomas Stringfellow | 1101 Southwest Parkway #107 | 12 Months | 7/26/2010 | $ 630.00 |
| Schlumberger | 1101 Southwest Parkway #108 | MTM | 6/1/2010 | 42/DAY |
| Matthew Smith | 1101 Southwest Parkway #109 | 12 Months | 6/7/2010 | $ 675.00 |
| Michael Isaac Gross | 1101 Southwest Parkway #111 | 12 Months | 5/22/2010 | $ 630.00 |
| Nolan Schomer | 1101 Southwest Parkway #202 | 6 Months | 7/1/2010 | $ 625.00 |
| Hsiao Lu | 1101 Southwest Parkway #204 | 12 Months | 3/30/2010 | $ 520.00 |
| Josiah Griffin | 1101 Southwest Parkway #205 | 12 Months | 8/6/2009 | $ 630.00 |
| Dustin Hazel | 1101 Southwest Parkway #205 | 6 Months | 7/30/2010 | $ 630.00 |
| Tynagus Johnson | 1101 Southwest Parkway #207 | 12 Months | 6/8/2010 | $ 630.00 |
| Tynagus Johnson | 1101 Southwest Parkway #208 | 12 Months | 8/10/2009 | $ 630.00 |
| Ana Rojas & Javier Cruz | 1101 Southwest Parkway #209 | 12 Months | 3/25/2010 | $ 665.00 |
| Holli Dowling | 1101 Southwest Parkway #301 | 12 Months | 6/2/2010 | $ 515.00 |
| Amy Foy | 1101 Southwest Parkway #303 | 12 Months | 6/23/2009 | $ 495.00 |
| Carolyn Fernandez | 1101 Southwest Parkway #304 | 12 Months | 5/28/2010 | $ 540.00 |
| Ashley Montemayer & Isaac McNeil | 1101 Southwest Parkway #305 | 12 Months | 4/19/2010 | $ 625.00 |
| Lei Lei | 1101 Southwest Parkway #306 | 12 Months | 5/8/2009 | $ 625.00 |
| Tina Pate & James Carter | 1101 Southwest Parkway #307 | 12 Months | 5/27/2010 | $ 650.00 |
| Li Si Qi & Huichen Xiao | 1101 Southwest Parkway #308 | 12 Months | 3/26/2010 | $ 615.00 |

Normal.dot

| Name | Address | Lease Term | Lease Date | Rent |
|------|---------|-----------|-----------|------|
| Drinda King & Jason Sostand | 1101 Southwest Parkway #309 | 12 Months | 4/23/2009 | $ 645.00 |
| Asha Webb | 1101 Southwest Parkway #401 | 14 Months | 5/7/2010 | $ 540.00 |
| Veronica Motekaitis | 1101 Southwest Parkway #402 | 14 Months | 5/16/2010 | $ 540.00 |
| Aaron Slindee | 1101 Southwest Parkway #403 | 16 Months | 7/24/2009 | $ 550.00 |
| Uvage Priyadarshani | 1101 Southwest Parkway #404 | 5 Months | 12/1/2009 | $ 540.00 |
| Hyojeong Cho | 1101 Southwest Parkway #404 | 12 Months | 6/7/2010 | $ 520.00 |
| Brittny Pate | 1101 Southwest Parkway #405 | 12 Months | 5/27/2010 | $ 650.00 |
| Arun Manandhar | 1101 Southwest Parkway #406 | 6 Months | 12/31/2009 | $ 600.00 |
| Lawanda & JaBria Price | 1101 Southwest Parkway #407 | 12 Months | 3/30/2010 | $ 600.00 |
| Shirley Hines | 1101 Southwest Parkway #408 | 12 Months | 4/13/2010 | $ 650.00 |
| Ashia Jones | 1101 Southwest Parkway #409 | 12 Months | 3/31/2010 | $ 665.00 |
| Sharon Porter | 1101 Southwest Parkway #411 | 12 Months | 3/23/2010 | $ 665.00 |
| Mandy Little | 1101 Southwest Parkway #501 | 12 Months | 8/4/2010 | $ 525.00 |
| Chris Currie | 1101 Southwest Parkway #502 | 12 Months | 1/29/2010 | $ 600.00 |
| Dedric Grimes | 1101 Southwest Parkway #503 | 12 Months | 3/22/2010 | $ 520.00 |
| Brandon Baer | 1101 Southwest Parkway #504 | 12 Months | 8/31/2009 | $ 525.00 |
| Russell Klosterman | 1101 Southwest Parkway #505 | 12  Months | 7/29/2009 | $ 575.00 |
| Denis Odokonyero | 1101 Southwest Parkway #506 | 14 Months | 4/12/2010 | $ 630.00 |
| Ralph Carey | 1101 Southwest Parkway #508 | 12 Months | 3/29/2010 | $ 600.00 |
| Brittany Williams | 1101 Southwest Parkway #511 | 12 Months | 7/17/2010 | $ 655.00 |
| Jessica Mantey | 1101 Southwest Parkway #601 | 7 Months | 7/10/2010 | $ 615.00 |
| Tobias Feilder | 1101 Southwest Parkway #602 | 7 Months | 6/3/2010 | $ 675.00 |
| Christina Riley | 1101 Southwest Parkway #603 | 12 Months | 5/15/2010 | $ 500.00 |

| Name | Address | Lease Term | Lease Date | Rent |
|------|---------|-----------|-----------|------|
| Monica Sifuentes & Christ Mitchell | 1101 Southwest Parkway #604 | 17 Months | 3/30/2010 | $ 520.00 |
| Charolette Thomas | 1101 Southwest Parkway #606 | 12 Months | 2/3/2010 | $ 615.00 |
| Autumn Gardner & Autumn Shuckner | 1101 Southwest Parkway #607 | 6 Months | 6/4/2010 | $ 710.00 |
| Reaghan Stockham | 1101 Southwest Parkway #609 | 12 Months | 3/24/2010 | $ 665.00 |
| Oscar Aguirre | 1101 Southwest Parkway #611 | MTM | 10/8/2008 | $ 700.00 |
| Lindsey Banks | 1101 Southwest Parkway #701 | 12 Months | 4/22/2010 | $ 530.00 |
| David Saucier | 1101 Southwest Parkway #702 | 14 Months | 4/2/2010 | $ 540.00 |
| Kalyan Vadakheveedu | 1101 Southwest Parkway #703 | 12 Months | 3/31/2010 | $ 520.00 |
| Satyan Singh | 1101 Southwest Parkway #704 | 12 Months | 6/22/2010 | $ 500.00 |
| Mike Lunford | 1101 Southwest Parkway #706 | 12 Months | 1/20/2009 | $ 600.00 |
| Diane Simpson | 1101 Southwest Parkway #707 | 12 Months | 3/22/2010 | $ 650.00 |
| Angela Roberson | 1101 Southwest Parkway #708 | MTM | 6/2/2010 | 47/Day |
| Michelle McGehee | 1101 Southwest Parkway #709 | 12 Months | 3/30/2010 | $ 690.00 |
| Frederick Hitts | 1101 Southwest Parkway #711 | 12 Months | 7/1/2009 | $ 650.00 |
| Ramon Ramos | 1101 Southwest Parkway #801 | 17 Months | 2/26/2010 | $ 530.00 |
| Huisung Yun & Eunwha Jang | 1101 Southwest Parkway #803 | 12 Months | 6/29/2010 | $ 525.00 |
| Benjamine Torrie | 1101 Southwest Parkway #804 | 12 Months | 7/13/2010 | $ 540.00 |
| Miremad Mousavi | 1101 Southwest Parkway #805 | 12 Months | 7/23/2009 | $ 600.00 |
| Schlumberger | 1101 Southwest Parkway #807 | MTM | 6/1/2010 | 42/Day |
| Jacob Prazak | 1101 Southwest Parkway #809 | 7 Months | 12/15/2009 | $ 645.00 |
| Vahid Serajian | 1101 Southwest Parkway #902 | 12 Months | 7/20/2010 | $ 540.00 |
| Shoebir Gar | 1101 Southwest Parkway #904 | 12 Months | 8/5/2009 | $ 525.00 |
| Shanna Barnard | 1101 Southwest Parkway #905 | 12 Months | 2/17/2010 | $ 615.00 |

| Name | Address | Lease Term | Lease Date | Rent |
|------|---------|-----------|-----------|------|
| Shan Fang | 1101 Southwest Parkway #906 | 12 Months | 3/5/2010 | $ 630.00 |
| Jessica Whitley | 1101 Southwest Parkway #907 | 12 Months | 2/26/2009 | $ 575.00 |
| Ryan Davis | 1101 Southwest Parkway #908 | 12 Months | 8/4/2009 | $ 615.00 |
| Jamie Scott | 1101 Southwest Parkway #911 | 19 Months | 12/16/2009 | $ 645.00 |
| Ashley Long | 1101 Southwest Parkway #1001 | 12 Months | 7/31/2009 | $ 630.00 |
| Michael & Nancy Stollenz | 1101 Southwest Parkway #1002 | 12 Months | 4/1/2010 | $ 615.00 |
| Sedrick Marsh | 1101 Southwest Parkway #1004 | 6 Months | 1/14/2010 | $ 525.00 |
| Zhen Zhu | 1101 Southwest Parkway #1006 | 12 Months | 6/30/2009 | $ 625.00 |
| Wilburn Spivey | 1101 Southwest Parkway #1007 | 12 Months | 7/23/2010 | $ 650.00 |
| Catherine & Cornelius Moore | 1101 Southwest Parkway #1008 | 12 Months | 4/5/2010 | $ 650.00 |
| Chelsea Matthews | 1101 Southwest Parkway #1009 | 6 Months | 1/25/2010 | $ 645.00 |
| Rosaland Cobb | 1101 Southwest Parkway #1011 | 12 Months | 11/17/2009 | $ 645.00 |
| John Knox Jr. | 1101 Southwest Parkway #1101 | 12 Months | 7/9/2009 | $ 525.00 |
| Chia-Hsien Su | 1101 Southwest Parkway #1102 | 12 Months | 6/24/2009 | $ 520.00 |
| Eunwha Jang | 1101 Southwest Parkway #1103 | 12 Months | 7/29/2009 | $ 525.00 |
| Steven Bell | 1101 Southwest Parkway #1105 | 12 Months | 7/31/2009 | $ 615.00 |
| Todd Patterson | 1101 Southwest Parkway #1106 | 6 Months | 5/14/2010 | $ 740.00 |
| Jason Tri Do | 1101 Southwest Parkway #1108 | 13 Months | 5/19/2010 | $ 630.00 |
| Selena Wilson | 1101 Southwest Parkway #1109 | 12 Months | 9/24/2009 | $ 645.00 |
| Sylvia Gurrola | 1101 Southwest Parkway #1111 | 12 Months | 3/1/2010 | $ 575.00 |
| Jeremiah Cline | 1101 Southwest Parkway #1202 | 12 Months | 5/30/2010 | $ 540.00 |
| Praveen Shidling | 1101 Southwest Parkway #1203 | 14 Months | 3/2/2010 | $ 530.00 |
| Jerome Swoboda | 1101 Southwest Parkway #1204 | 9 Months | 12/10/2009 | $(550.00) |

| Name | Address | Lease Term | Lease Date | Rent |
|------|---------|-----------|-----------|------|
| Catha Hebert | 1101 Southwest Parkway #1205 | 12 Months | 3/25/2010 | $ 630.00 |
| Aminah Price | 1101 Southwest Parkway #1206 | 13 Months | 6/15/2010 | $ 650.00 |
| Demetric Coleman | 1101 Southwest Parkway #1207 | 12 Months | 3/20/2009 | $ 700.00 |
| Takwe Yango | 1101 Southwest Parkway #1208 | 12 Months | 5/4/2010 | $ 650.00 |
| Wansang Ryu | 1101 Southwest Parkway #1301 | 12 Months | 11/9/2009 | $ 525.00 |
| Daniel Glab | 1101 Southwest Parkway #1302 | MTM | 7/30/2010 | 42/Day |
| Becky Mejia | 1101 Southwest Parkway #1303 | 12 Months | 5/27/2009 | $ 500.00 |
| William Haqq | 1101 Southwest Parkway #1305 | 12 Months | 6/3/2009 | $ 625.00 |
| Michael House | 1101 Southwest Parkway #1306 | 14 Months | 4/6/2010 | $ 630.00 |
| Hua Tong | 1101 Southwest Parkway #1308 | 12 Months | 8/12/2009 | $ 615.00 |
| Labskil | 1101 Southwest Parkway #1311 | 6 Months | 6/7/2010 | $ 975.00 |
| Sherri Mathis | 1101 Southwest Parkway #1401 | 12 Months | 5/13/2009 | $ 500.00 |
| Jonathon Ngyen | 1101 Southwest Parkway #1402 | 16 Months | 3/25/2010 | $ 520.00 |
| Amanda Brown | 1101 Southwest Parkway #1404 | 12 Months | 8/4/2009 | $ 525.00 |
| Natasha Huggins | 1101 Southwest Parkway #1405 | 12 Months | 6/1/2010 | $625.00 |
| Schlumberger | 1101 Southwest Parkway #1406 | MTM | 7/1/2010 | 42/Day |
| Roderick Stanford | 1101 Southwest Parkway #1407 | 12 Months | 4/27/2010 | $ 615.00 |
| Raul Alanis | 1101 Southwest Parkway #1408 | 12 Months | 4/30/2010 | $ 650.00 |
| Autrelio Rubalcava | 1101 Southwest Parkway #1409 | 6 Months | | $ 700.00 |
| Bonnie Fritts | 1101 Southwest Parkway #1411 | 12 Months | 8/1/2009 | $ 675.00) |
| Pamela Green | 1101 Southwest Parkway #1501 | 12 Months | 3/31/2010 | $ 520.00 |
| Schlumberger | 1101 Southwest Parkway #1504 | MTM | 6/1/2010 | 42/Day |
| Alicia Nunn | 1101 Southwest Parkway #1505 | 18 Months | 12/11/2009 | $ 599.00 |

| Name | Address | Lease Term | Lease Date | Rent |
|------|---------|-----------|-----------|------|
| Thadeous Bowerman | 1101 Southwest Parkway #1506 | 12 Months | 4/13/2010 | $ 540.00 |
| John Cook | 1101 Southwest Parkway #1507 | 17 Months | 9/9/2009 | $ 525.00 |
| Michael Miller | 1101 Southwest Parkway #1509 | 12 Months | 8/5/2009 | $ 675.00 |
| Brian Fields | 1101 Southwest Parkway #1511 | 12 Months | 9/4/2009 | $ 645.00 |
| George Chatzigeorgiou | 1101 Southwest Parkway #1601 | 12 Months | 2/9/2010 | $ 600.00 |
| Molly Gasbarini | 1101 Southwest Parkway #1602 | 12 Months | 5/7/2010 | $ 540.00 |
| Alburnie Reese | 1101 Southwest Parkway #1603 | 12 Months | 6/30/2010 | $ 540.00 |
| John Chandler | 1101 Southwest Parkway #1604 | 7 Months | 12/3/2009 | $ 550.00 |
| San Min Liu | 1101 Southwest Parkway #1605 | 12 Months | 8/30/2009 | $ 600.00 |
| Brandon Chambers | 1101 Southwest Parkway #1609 | 5 Months | 1/26/2010 | $ 645.00 |
| Andrew Cibrian | 1101 Southwest Parkway #1611 | 12 Months | 5/7/2010 | $ 675.00 |
| Alicia Bryant | 1101 Southwest Parkway #1701 | 12 Months | 7/2/2010 | $ 540.00 |
| Madelyn Harris | 1101 Southwest Parkway #1702 | 17 Months | 1/14/2010 | $ 600.00 |
| Rabecca Turner | 1101 Southwest Parkway #1703 | 12 Months | 6/28/2010 | $ 540.00 |
| Ahran Song | 1101 Southwest Parkway #1704 | 12 Months | 6/15/2010 | $ 525.00 |
| Shanta Shepperd | 1101 Southwest Parkway #1705 | 12 Months | 6/11/2010 | $ 650.00 |
| Bob Kern | 1101 Southwest Parkway #1708 | 18 Months | 10/9/2009 | $ 600.00 |
| Jason Morton | 1101 Southwest Parkway #1709 | 12 Months | 12/8/2009 | $ 645.00 |
| Schlumberger | 1101 Southwest Parkway #1711 | MTM | 7/1/2010 | 42/Day |
| Gerson Martinez | 1101 Southwest Parkway #1801 | 12 Months | 7/31/2009 | $ 500.00 |
| Marcella Gonzales | 1101 Southwest Parkway #1802 | 12 Months | 3/31/2010 | $ 615.00 |
| Brian Abbott | 1101 Southwest Parkway #1803 | 13 Months | 5/20/2010 | $ 515.00 |
| Joyce Page | 1101 Southwest Parkway #1805 | 12 Months | 6/4/2010 | $ 630.00 |

| Name | Address | Lease Term | Lease Date | Rent |
|------|---------|-----------|-----------|------|
| Aaron Barnard | 1101 Southwest Parkway #1806 | 12 Months | 7/3/2010 | $ 630.00 |
| James Martin | 1101 Southwest Parkway #1807 | 13 Months | 5/3/2010 | $ 630.00 |
| Brenda Freelon | 1101 Southwest Parkway #1808 | 7 Months | 1/14/2010 | $ 675.00 |
| Austin Grimes | 1101 Southwest Parkway #1809 | 12 Months | 7/22/2010 | $ 675.00 |
| Monica Immell | 1101 Southwest Parkway #1811 | 12 Months | 8/12/2009 | $ 675.00 |
| Brenda Gilligan | 1101 Southwest Parkway #1901 | 15 Months | 3/1/2010 | $ 530.00 |
| Gustavo Iglesias | 1101 Southwest Parkway #1904 | MTM | 7/9/2010 | 42/Day |
| Adrian Thomas | 1101 Southwest Parkway #1905 | 13 Months | 6/29/2010 | $ 650.00 |
| Schlumberger | 1101 Southwest Parkway #1906 | MTM | 6/1/2010 | 42/Day |
| Russell Scarlett | 1101 Southwest Parkway #1907 | 12 Months | 6/8/2010 | $ 615.00 |
| Joseph Sarver | 1101 Southwest Parkway #1908 | 12 Months | 3/30/2010 | $ 650.00 |
| Casey Rodman | 1101 Southwest Parkway #1909 | 12 Months | 6/10/2010 | $ 675.00 |
| Andrew Collazo | 1101 Southwest Parkway #2001 | 12 Months | 8/6/2009 | $ 600.00 |
| Paola Carrea | 1101 Southwest Parkway #2002 | 12 Months | 6/8/2010 | $ 500.00 |
| Verlon Bedford | 1101 Southwest Parkway #2003 | 16 Months | 10/9/2009 | $ 525.00 |
| Xia Hua Zhang | 1101 Southwest Parkway #2006 | 12 Months | 3/31/2010 | $ 625.00 |
| Joyce Williams | 1101 Southwest Parkway #2007 | 12 Months | 6/2/2010 | $ 595.00 |
| Frank Zavalla | 1101 Southwest Parkway #2008 | MTM | 6/15/2010 | 47/Day |
| Jeff Cherry | 1101 Southwest Parkway #2009 | 12 Months | 5/31/2010 | $ 620.00 |

B6H (Official Form 6H) (12/07)

In re  **Colony Lodging, Inc.**                                    Case No.  **02:10-Bk-55925-VZ**
                                                                        (if known)

### *AMENDED*
### SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Leonard M. Ross**<br>1009 N. Beverly Drive<br>Beverly Hills, CA  90210 | **Pacific Mercantile Bank**<br>9720 Wilshire Blvd.<br>Beverly Hills, CA  90212 |
| **Leonard M. Ross Revocable Trust**<br>1011 1/2 N. Beverly Drive<br>Beverly Hills, CA  90210 | **Pacific Mercantile Bank**<br>9720 Wilshire Blvd.<br>Beverly Hills, CA  90212 |
| **Rossco Holdings, Inc.**<br>1011 1/2 N. Beverly Drive<br>Beverly Hills, CA  90210 | **Pacific Mercantile Bank**<br>9720 Wilshire Blvd.<br>Beverly Hills, CA  90212 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Colony Lodging, Inc.**                                         Case No.    **02:10-Bk-55925-VZ**
                                                                                          (if known)

### *AMENDED*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

---

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

____**1**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date ____*11/3/2010*____                    Signature _____

                                                            **Leonard M. Ross**
                                                            **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*