| | |
|---|---|
| 1 | **WINSTON & STRAWN LLP** |
| | David L. Aronoff (SBN: 152606) |
| 2 | Steven D. Atlee (SBN: 151025) |
| | Justin E. Rawlins (SBN: 209915) |
| 3 | 333 S. Grand Avenue, 38th Floor |
| | Los Angeles, CA  90071-1543 |
| 4 | Telephone Number: (213) 615-1700 |
| | Facsimile Number: (213) 615-1750 |
| 5 | daronoff@winston.com |
| | satlee@winston.com |
| 6 | jrawlins@winston.com |

**FILED & ENTERED**

**NOV 30 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

**CHANGES MADE BY COURT**

7  Counsel for Pacific Mercantile Bank

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10 **LOS ANGELES DIVISION**

11 In re:                                    )    **Case No. 02:10-bk-55925-VZ**
                                             )
12 Colony Lodging, Inc.                      )    Chapter 11
                                             )
13         Debtor.                           )    **ORDER GRANTING MOTION OF**
                                             )    **COLONY LODGING, INC. FOR ORDER**
14                                           )    **APPROVING COMPROMISE WITH**
                                             )    **PACIFIC MERCANTILE BANK**
15                                           )    **PURSUANT TO FEDERAL RULE**
                                             )    **BANKRUPTCY OF PROCEDURE 9019**
16                                           )
                                             )    Judge: Hon. Vincent P. Zurzolo
17                                           )           Courtroom 1368
                                             )           255 East Temple Street
18                                           )           Los Angeles, CA 90012
                                             )
19                                           )    Date:   November 23, 2010
                                             )    Time:   11:00 a.m.
20                                           )    Place:  Courtroom 1368
                                             )

LA:282849.2

On or about November 2, 2010, Colony Lodging, Inc.("Debtor") filed the *Motion of Colony Lodging, Inc. for Order Approving Compromise with Pacific Mercantile Bank Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion")[1]. The Motion came before the Court on November 23, 2010. Appearances of counsel were as noted in the record of the Court.

The Court having reviewed the Motion, the Settlement described in the Motion, the Settlement Agreement, and the other pleadings and papers filed in this case; having determined that adequate notice has been given under the circumstances, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED:**

1. The Motion is granted;

2. The Settlement and Settlement Agreement are approved;

3. The Court finds that the proposed Settlement is fair and reasonable;

4. No objections to the proposed Settlement were filed;

5. The Ross Parties are authorized to enter into the Settlement Agreement and to perform any and all obligations contemplated thereby promptly upon entry of this Order; and

6. Without affecting the finality of this Order in any way, this Court retains continuing jurisdiction (a) with respect to all matters arising from or related to the implementation of this Order and (b) to construe, enforce and administer the Settlement Agreement.

7. Subject to the terms of the Settlement Agreement, the Court finds that, upon the conveyance to PMB of the Colony Apartments, and the (Piuma) Calabasas CA lots, all indebtedness and obligations deriving from or relating to those properties which may otherwise be owing to PMB shall be deemed satisfied and discharged in full.

8. Both PMB and the Debtor waive any rights of appeal from this Order.

9. The terms of the Settlement Agreement are intended to remain binding and enforceable notwithstanding any future dismissal of this case.

---

[1] Capitalized terms used but not defined herein will have the same meanings ascribed to them in the Motion or in the Settlement Agreement that is the subject of the Motion.

LA:282849.2

Case 2:10-bk-55925-VZ    Doc 30    Filed 11/30/10    Entered 11/30/10 14:41:40    Desc
Main Document    Page 3 of 9

1
2  PRESENTED BY:

3  **MICHAEL A. MCCONNELL**
   Kelly, Hart & Hallman, LLP
4
5  _____
   Attorneys for Debtor
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

LA:282849.2

APPROVED:

LAW OFFICES OF ROBERT M. YASPAN

_____
By: Robert M. Yaspan
Attorney for Leonard Ross, Debtor in Possession


WINSTON & STRAWN

   /s/ Justin E. Rawlins
By: Justin E. Rawlins, Esq.
Attorney for Pacific Mercantile Bank

# # #

DATED: November 30, 2010

_____
United States Bankruptcy Judge

4

LA:282849.2


**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Winston & Strawn LLP, 333 S. Grand Avenue, 38th Floor, Los Angeles, CA  90071

A true and correct copy of the foregoing document described as ***ORDER GRANTING MOTION OF COLONY LODGING, INC. FOR ORDER APPROVING COMPROMISE WITH PACIFIC MERCANTILE BANK PURSUANT TO FEDERAL RULE BANKRUPTCY OF PROCEDURE 9019*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 24, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Hon. Vincent P. Zurzolo    (Courtesy copy will be delivered to Chambers - Ctrm. 1368)**
**United States Bankruptcy Court**
**255 E. Temple Street, Suite 1360**
**Los Angeles, CA  90012-3332**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 23, 2010 | Linda J. Da Silva | /s/ Linda J. Da Silva |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION OF COLONY LODGING, INC. FOR ORDER APPROVING COMPROMISE WITH PACIFIC MERCANTILE BANK PURSUANT TO FEDERAL RULE BANKRUPTCY OF PROCEDURE 9019** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 23, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*   **F 9021-1.1.NOTICE.ENTERED.ORDER**

Main Document    Page 7 of 9

**I.     SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

Jay W. Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us

John R. Lane on behalf of Creditor Propel Financial Services, L.L.C.
johnlane@jrl-law.com

Justin E Rawlins on behalf of Creditor Pacific Mercantile Bank
jrawlins@winston.com, docketla@winston.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Joshua D Wayser on behalf of Interested Party Courtesy NEF
joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com

Robert M Yaspan on behalf of Debtor Leonard Ross
court@yaspanlaw.com, tmenachian@yaspanlaw.com

**II.    SERVED BY THE COURT VIA U.S. MAIL:**

**Debtor**
Colony Lodging, Inc., 1011-1/2 Beverly Drive, Beverly Hills, CA  90210-2328

**Attorneys for Debtor Colony Lodging Inc.,**
Kelly Hart on behalf of Debtor Colony Lodging, Inc., Kelly Hart & Hallman LLP,
201 Main Street, Suite 2500, Fort Worth, TX  76102

**Attorneys for Debtor Colony Lodging Inc.,**
Christopher Joshua Osborne on behalf of Debtor Colony Lodging, Inc., Kelly Hart & Hallman LLP,
201 Main Street, Suite 2500, Fort Worth, TX  76102

**Attorneys for Debtor Colony Lodging Inc.,**
Clay M. Taylor on behalf of Debtor Colony Lodging, Inc., Kelly Hart & Hallman LLP,
201 Main Street, Suite 2500, Fort Worth, TX  76102

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

**III.    TO BE SERVED BY THE LODGING PARTY:**

| | |
|---|---|
| Network Communications, Inc.<br>P.O. Box 935080<br>Atlanta, GA  31193 | Back 2 New<br>P.O. Box 4533<br>Bryan, TX  77802-4533 |
| Bryan College Station Apt. Assoc.<br>1808 Barak<br>Bryan, TX  77802 | Sherwin Williams<br>3108 Texas Ave.<br>College Station, TX  77845 |
| Bryan-College Station Eagle<br>P.O. Box 3000<br>Bryan, TX  77805 | College Station Utilities<br>P.O. Box 10230<br>College Station, TX  78842-0230 |
| Lowe's<br>P.O. Box 530954<br>Atlanta, GA  30353-0954 | Davis Fire Equipment<br>1140 Finfeather Rd.<br>Bryan, TX  77803 |
| H & A Plumbing<br>4562 Rock Prairie Rd. W.<br>College Station, TX  77845 | Ruffino Lawn Maintenance<br>P.O. Box 2603<br>Bryan, TX  77805 |
| Grainger<br>201 Freedom Dr.<br>Roanoke, TX  76262 | Dowling Electric, Inc.<br>P.O. Box 4409<br>College Station, TX  77805 |
| Sudden Link<br>P.O. Box 660365<br>Dallas, TX  75266 | HD Supply<br>P.O. Box 509058<br>San Diego, CA  92105-9058 |
| Illustratus<br>8455 Lenexa Dr.<br>Lenexa, KS  66214 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 |
| Integrity Refinishing, Inc.<br>P.O. Box 38<br>Coupland, TX  78615 | Kings III of America<br>751 Canyon Dr., Suite 100<br>Coppell, TX  75019 |
| Swoboda Pest Control<br>100 W. Brookside Drive, Suite 9<br>Bryan, TX  77801 | United Roofing and Sheetmetal, Inc.<br>P.O. Box 4424<br>Bryan, TX  77805 |
| Brazos County Tax Assessor<br>Collector<br>300 E. Williams J. Bryan Pkwy.<br>Bryan, TX  77803 | A+ Glass and Mirror<br>908 Harvey Mitchell Pkwy.<br>College Station, TX  77840 |
| Advanced Carpet Cleaning<br>P.O. Box 10300<br>College Station, TX  77840 | AT&T<br>P.O. Box 6463<br>Carol Stream, IL  60197 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

Atmos Energy
P.O. Box 790311
St. Louis, MO 63179-0311

Atmos Energy Corp.
Attn: Bankruptcy Group
P.O. Box 650205
Dallas, TX 75265-0205

ANSI-INFORM Global Solutions
P.O. Box 1450 NW 5421
Minneapolis, MN 55485-1450

County of Brazos
c/o Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269

Pacific Mercantile Bancorp
c/o Munsch Hardt Kopf Harr, PC
Attn: Patricia B. Tomasco
401 Congress Avenue, Suite 3050
Austin, TX 78701-4506

Ronald E. Pearson
2019 Bird Creek Terrace
Temple, TX 76502-1083

Propel Financial Services, LLC
c/o John Lane & Associates
8526 N. New Braunfels
San Antonio, TX 78217-6304

Propel Financial Services, LLC
P.O. Box 100350
San Antonio, TX 78201-1650

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Aggieland Apartment Finders
123 Walton Drive
College Station TX 77840-2218

Leonard Ross
LM Ross Professional Law Corporation
1011-1/2 North Beverly Drive
Beverly Hills, CA 90210

Rossco Holdings
1011-1/2 North Beverly Drive
Beverly Hills, CA 90210

Texas Workforce Commission
Regulatory Integrity Div. – SAU
Room 556
101 E. 15th Street
Austin, TX 78778-001

US Attorney
IRS
601 NW Loop 410
San Antonio, TX 78216-5510

Associated Publishing Co.
61 John Muir
Amherst, NY 14228-1147

BSC Chamber of Commerce
PO Box 3579
Bryan, TX 77805-3579

US Attorney General
Dept. Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0009

Texas Comptroller of Public Accounts
Jay W. Hurst
P.O. Box 12548
Austin, TX 78711-2548

Great American Business Products
6701 Concord Park Drive
Houston, TX 77040-4044

Leonard M. Ross
1009 N. Beverly Drive
Beverly Hills, CA 90210

Leonard M. Ross Revocable Trust
1011 ½ N Beverly Drive
Beverly Hills, CA 90210-2328

Texas Workforce Commission
101 E. 15th Street # 252
Austin, TX 78778-001

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                    **F 9021-1.1.NOTICE.ENTERED.ORDER**