THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Attorneys for Colony Lodging, Inc.
Debtor and Debtor-In-Possession

**FILED & ENTERED**

**JAN 10 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kaaumoar DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>COLONY LODGING, INC.<br><br>Debtor. | **Case No. 02:10-bk-55925-VZ**<br><br>Chapter 11<br><br>**ORDER GRANTING COLONY LODGING, INC.'S MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD TO FILE CHAPTER 11 PLAN AND SOLICIT ACCPEPTANCES**<br><br><u>Hearing Held</u>:<br>Date:    January 4, 2011<br>Time:    11:00 a.m. Judge:    Hon. Vincent P. Zurzolo<br>Courtroom 1368<br>255 East Temple Street<br>Los Angeles, CA  90012 |

The Court, having conducted a hearing on January 4, 2011 on the motion of Colony Lodging, Inc. (the "Debtor") to extend the exclusive period within which to file a plan of reorganization (the "Motion"), having reviewed the motion and the objection of OneWest Bank, FSB, having heard the arguments of counsel, and good cause appearing therefor,

IT IS THEREFORE

1.    **ORDERED** that, pursuant to 11 U.S.C. § 1121(d), the exclusive period within which only the Debtor may file a plan reorganization shall be, and the same hereby is, extended through and including May 24, 2011 without prejudice to the right of the Debtor to request further extension.

1    2.    **ORDERED** that pursuant to 11 U.S.C. § 1121(d), the exclusive period within which
2    only the Debtor may solicit acceptances to a plan of reorganization shall be, and the same hereby is,
3    extended through and including July 24, 2011 without prejudice to the right of the Debtor to request
4    further extension.

5    3.    **ORDERED** that the Court shall retain jurisdiction over any matters related to or
6    arising from the implementation of this Order.

7                                     # # #

**The Creditors' Law Group, a Professional Corporation**
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

DATED: January 10, 2011

_____
United States Bankruptcy Judge

2

| In re: | CHAPTER: 11 |
|---|---|
| COLONY LODGING, INC. | |
| Debtor(s). | CASE NUMBER: 2:10-bk-55925-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
> The Creditors' Law Group, APC
> 2301 Hyperion Avenue, Ste. A
> Los Angeles, CA  90027-4711

A true and correct copy of the foregoing document described as ORDER GRANTING COLONY LODGING, INC.'S MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD TO FILE CHAPTER 11 PLAN AND SOLICIT ACCPEPTANCES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   January 7, 2011   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Honorable Vincent Zurzolo (Fedex)   United States Trustee (LA) (U.S. Mail)
> United States Bankruptcy Court       725 S. Figueora St., 26th Floor
> 255 E. Temple St., Suite 1360        Los Angeles, CA  90017-5524
> Los Angeles, CA  90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 7, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 7, 2011 | David J. Richardson | /s/ David J. Richardson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>COLONY LODGING, INC. | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:10-bk-55925-VZ |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING COLONY LODGING, INC.'S MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD TO FILE CHAPTER 11 PLAN AND SOLICIT ACCPEPTANCES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  January 7, 2011     , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

See attached

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Colony Lodging, Inc.
1011 1/2 North Beverly Drive
Beverly Hills, CA 90210-2328

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| | |
|---|---|
| In re:<br>COLONY LODGING, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:10-bk-55925-VZ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Michael S Greger - mgreger@allenmatkins.com
Jay W Hurst - jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
John R Lane - johnlane@jrl-law.com
Justin E Rawlins - jrawlins@winston.com, docketla@winston.com
David J Richardson - djr@thecreditorslawgroup.com
David B Shemano - dshemano@pwkllp.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Joshua D Wayser - joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
Robert M Yaspan - court@yaspanlaw.com, tmenachian@yaspanlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                   **F 9021-1.1**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: admin                Page 1 of 1                    Date Rcvd: Jan 10, 2011
Case: 10-55925                Form ID: pdf031            Total Noticed: 6

The following entities were noticed by first class mail on Jan 12, 2011.
db              Colony Lodging, Inc,   1011 1/2 North Beverly Drive,   Beverly Hills, CA  90210-2328
aty            +David John Richardson,   The Creditors' Law Group, APC,   2301 Hyperion Avenue, Ste. A,    Suite A,
                 Los Angeles, CA 90027-4711
aty            +Kelly Hart,   Kelly Hart & Hallman LLP,   201 Main St Ste 2500,   Ft Worth, TX 76102-3194
aty            +Robert M. Yaspan,   Law Office of Robert M. Yaspan,   21700 Oxnard Street, Suite 1750,
                 Woodland Hills, CA 91367-7593
cr             +Propel Financial Services, L.L.C.,   c/o John Lane & Associates,   8526 N. New Braunfels,
                 San Antonio, TX 78217-6304
cr              Texas Comptroller of Public Accounts,   Jay W. Hurst,   P.O. Box 12548,   Austin, TX  78711-2548

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             The Creditors' Law Group, APC
intp            Courtesy NEF
cr              Pacific Mercantile Bank
                                                                                            TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2011**                               **Signature:** _/s/ Joseph Speetjens_