UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:                             §
   COLONY LODGING, INC.           §                    CHAPTER 11
                                   §
                                   §                    CASE NO. 02:10-BK-55925-VZ

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that PROPEL FINANCIAL SERVICES, LLC and the firm of JOHN LANE & ASSOCIATES files this Notice of Withdrawal of their Proof of Claim, filed on November 5, 2010, listed on the Claims Register as Claim No.2.

DATE: FEBRUARY 23, 2011

Respectfully submitted,

By: */s/ John R. Lane, Jr.*
JOHN R. LANE, JR.
Texas Bar No. 11879475

JOHN LANE & ASSOCIATES
8526 N. New Braunfels
San Antonio, Texas   78217
(210) 828-8900
(210) 804-2339 – facsimile
Email: johnlane@jrl-law.com

ATTORNEYS FOR CREDITORS,
PROPEL FINANCIAL SERVICES, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been furnished on this 23rd day of February 2011 via electronic filing and/or regular U.S. mail to the following:

**Debtor:**
Colony Lodging, Inc.
1011 ½ North Beverly Drive
Beverly Hills, CA  90210-2328

**Attorneys for Debtor:**
David J. Richardson
Laura L. Buchanan
The Creditors' Law Group
2301 Hyperion Ave. Ste. A
Los Angeles, CA 90027

Kelly Hart
Kelly Hart & Hallman, LLP
201 Main St., Ste. 2500
Fort Worth, Texas 76102

**U.S. Trustee**
United States Trustee (LA)
725 S. Figueroa St., 26th Floor
Los Angeles, CA  90017

                          */s/ John R. Lane, Jr.*
                          John R. Lane, Jr.