**WINSTON & STRAWN LLP**
David L. Aronoff (SBN: 152606)
Steven D. Atlee (SBN: 151025)
Justin E. Rawlins (SBN: 209915)
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone Number: (213) 615-1700
Facsimile Number: (213) 615-1750
daronoff@winston.com
satlee@winston.com
jrawlins@winston.com

Counsel for Pacific Mercantile Bank

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 02:10-bk-55925-VZ |
| Colony Lodging, Inc. | Chapter 11 |
| Debtor. | **WITHDRAWAL OF CLAIM # 3** |
| | Judge: Hon. Vincent P. Zurzolo<br>Courtroom 1368<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT ZURZOLO, THE DEBTOR, AND OTHER PARTIES-IN-INTEREST:**

On November 15, 2010, Pacific Mercantile Bank ("PMB") filed its timely proof of claim (the "Claim") in the above described bankruptcy case. PMB now withdraws its Claim in the proceeding.

PACIFIC MERCANTILE BANK:

By: _____
Carlton S. Shier, Vice President

Respectfully submitted,

WINSTON & STRAWN LLP

By:   /s/ Justin E. Rawlins
     Justin E. Rawlins
     Counsel for Pacific Mercantile Bank

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543